AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| AFIANCOL COLOMBIA S.A.S., <br><br> *Plaintiff(s)* <br><br> v. <br><br> NEXT LEVEL HOLDINGS LLC, and PAUL REGAN (AKA HENRY PAUL REGAN, JR, AKA HENRY PAUL REAGAN, JR AKA PAUL REAGAN), <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEXT LEVEL HOLDINGS LLC

By serving its registered agent, Anthony G. Lilly
777 Brickell Avenue
#500-94117
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexa Rosenson, Esq.
Greenberg Traurig, P.A.
333 SE 2nd Avenue, Suite 4400
Miami, fL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Dec 19, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ K. Pierre
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AFIANCOL COLOMBIA S.A.S., <br><br> *Plaintiff(s)* <br> v. <br> NEXT LEVEL HOLDINGS LLC, and PAUL REGAN (AKA HENRY PAUL REGAN, JR, AKA HENRY PAUL REAGAN, JR AKA PAUL REAGAN), <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PAUL REGAN (AKA HENRY PAUL REGAN, JR, AKA HENRY PAUL REAGAN, JR AKA PAUL REAGAN

777 Brickell Avenue
Miami, Florida 33131-2809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexa Rosenson, Esq.
Greenberg Traurig, P.A.
333 SE 2nd Avenue, Suite 4400
Miami, fL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 19, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Pierre
Deputy Clerk
U.S. District Courts